UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRADITIONALIST AMERICAN KNIGHTS OF THE KU KLUX KLAN, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>DESLOGE, CITY OF, MISSOURI, <br><br>Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:12-cv-02085-AGF |

# **CONSENT JUDGMENT**

This matter is before the Court on the Parties' Joint Motion for Approval of their Consent Judgment. The Court being fully advised in the premises, hereby enters the following Order:

1. The City of Desloge, Missouri, has previously enacted § 615.070 of its Code of Ordinances, which Plaintiffs claim is unconstitutional under the Free Speech Clause of the First Amendment, the Free Speech Guarantee of Article I, § 8 of the Constitution of the State of Missouri, and the Due Process Clause of the Fourteenth Amendment.

2. On December 27, 2012, this Court entered a preliminary injunction enjoining the enforcement of City of Desloge Code of Ordinances § 615.070. (Doc. No. 28).

3. With the agreement of the parties, the preliminary injunction entered on December 27, 2012, is made permanent. Defendant City of Desloge, as well as its officers and employees, is permanently enjoined from enforcing or threatening to enforce § 615.070.

4. Judgment is entered in favor of Plaintiffs on Count I of their First Amended Complaint. Counts II and III are dismissed as moot.

5. Federal Rule of Civil Procedure 65(c) requires the posting of a bond, but only for preliminary injunctions and temporary restraining orders. Fed.R.Civ.P. 65(c). Because the preliminary injunction has been converted to a permanent injunction and because Defendant

suffered no monetary damages as a result of the preliminary injunction, a bond is no longer necessary and the bond posted on December 28, 2012, shall be returned.

      6.      This judgment resolves all claims raised by Plaintiffs' First Amended Complaint, except for Plaintiffs' claims for attorney's fees and costs. This judgment shall constitute a final judgment pursuant to Fed.R.Civ.P. 58. Any motions for attorneys' fees and costs shall be filed within twenty-one days after entry of this judgment.

      7.      Defendants may move to dissolve or amend the permanent injunction issued herein pursuant to Fed.R.Civ.P. 60(b) within sixty days of any amendment to § 615.070.

      8.      This Court retains jurisdiction to enforce this Consent Judgment.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2013