IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Traditionalist American Knights of the Ku Klux Klan, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 4:12-cv-02085 |
| vs. | ) ) | |
| City of Desloge, Missouri, | ) ) | |
| Defendants. | ) ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

With the consent of Plaintiffs and pursuant to Fed.R.Civ.P. 6(b), and Local Rule

7.4.01(A), for good cause, Defendant City of Desloge, Missouri ("City") moves for an extension

of time for City to file responsive pleadings to Plaintiffs' Motion for Contempt ("Motion").  In

support thereof, City states as follows:

1.      Plaintiffs filed their Complaint on November 8, 2012 and Consent Judgment was

entered on March 19, 2013.

2.      Plaintiffs filed their Motion for Contempt on April 29, 2013.  A response to the

Motion is due to be filed on May 8, 2013.

3.      Stinson Morrison Hecker LLP and John G. Young, Jr., as newly engaged special

counsel for the City, have only been involved in this litigation since May 1, 2013, and City and

its counsel need additional time to review pleadings, consult with the City's Board, research the

challenge to the Ordinance, and develop a strategy for this Motion.

4.      The City files this Motion and makes the request for the reasons set forth herein,

and not for the purposes of delay or harassment.

1

5.    Plaintiffs consent to such pleading extension.

WHEREFORE, Defendant City respectfully request that the Court, for good cause shown, sustain the Motion for Extension of Time permitting City to file a Response to Plaintiffs' Motion, up to and including July 8, 2013, and for other and further relief as the Court deems just and proper.

STINSON MORRISON HECKER LLP


  /s/   John G. Young, Jr.
John G. Young, Jr. #25701
168 North Meramec, Suite 400
St. Louis, Missouri 63105
(314) 863-0800 telephone
(314) 863-9388 facsimile
JYoung@stinson.com

CO-COUNSEL FOR DEFENDANT


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available to all electronic filing participants.


  /s/   John G. Young, Jr.
John G. Young, Jr.

2