**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| Traditionalist American Knights of the Ku Klux Klan, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:12-cv-2085-AGF |
| City of Desloge, Missouri, | ) ) ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION TO ENFORCE JUDGMENTS**

Come now Plaintiffs and moved to withdraw their motion to enforce judgment (Doc. # 53). On February 21, 2014, Plaintiffs' attorneys received from Defendant a check for $12,065.00. This payment satisfied the amount awarded on November 18, 2013. On March 7, 2014, Plaintiffs' attorney received a check for $350.00, representing the costs taxed on May 10, 2013. Therefore, Defendant has satisfied the judgments.

    Respectfully submitted,

    /s/ Anthony E. Rothert
    ANTHONY E. ROTHERT, #44827MO
    GRANT R. DOTY, #60788MO
    AMERICAN CIVIL LIBERTIES UNION
     OF MISSOURI FOUNDATION
    454 Whittier Street
    St. Louis, Missouri 63108
    (314) 652-3114

    ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for Defendants on March 10, 2014.

/s/ Anthony E. Rothert